IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PROMPT MEDICAL SYSTEMS, L.P.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **Civil Action No. 06-05CV-487-LED** |
| | § | |
| **3M HEALTH INFORMATION** | § | |
| **SYSTEMS, A DIVISION OF 3M CO.** | § | |
| | § | |
| **Defendant** | § | |

## STIPULATION OF DISMISSAL REGARDING U.S. PATENT 5,483,443

COME NOW, Plaintiff, Prompt Medical Systems, LP ("Prompt") and Defendant, 3M Health Information Systems, a Division of 3M Co. (collectively "3M"), and file this Stipulation pursuant to Fed. R. Civ. P. 41 respecting the claims, counterclaims and defenses in this action regarding U.S. Patent 5,483,443 ("'443 patent"), AS FOLLOWS:

1. Prompt's claims in this action against 3M are dismissed in their entirety WITH PREJUDICE.

2. 3M's defenses and counterclaims in this action are dismissed WITHOUT PREJUDICE.

3. Each party to this action will bear its own costs, expenses, and attorney fees.

Signed this 3rd day of August, 2006.

Austin 30262v4

| **MEHAFFY WEBER** | **McKOOL SMITH, P.C.** |
|---|---|
| /s/ Ernest W. Boyd (by permission) | /s/ Sam Baxter |
| Mr. Ernest W. Boyd | Sam Baxter |
| State Bar No. 00783694 | Lead Attorney |
| butchboyd@mehaffyweber.com | Texas State Bar No. 01938000 |
| Mr. Eric Adams | sbaxter@mckoolsmith.com |
| State Bar No. 24031686 | 505 E. Travis, Suite 105 |
| ericadams@mehaffyweber.com | P.O. Box O |
| Mr. Corey Steel | Marshall, Texas 75670 |
| State Bar No. 24037465 | Telephone: (903) 927-2111 |
| coreyseel@mehaffyweber.com | Telecopier: (903) 927-2622 |
| 500 Dallas, Suite 1200 | |
| Houston, Texas 77002 | Steven J. Pollinger |
| Telephone: (713) 655-1200 | Texas State Bar No. 24011919 |
| Telecopier: (713) 655-0222 | spollinger@mckoolsmith.com |
| | 300 West Sixth Street, Suite 1700 |
| **ATTORNEYS FOR PROMPT MEDICAL SYSTEMS, L.P.** | Austin, Texas 78701 |
| | Telephone: (512) 692-8700 |
| | Telecopier: (512) 692-8744 |
| | |
| | **ATTORNEYS FOR DEFENDANT 3M HEALTH INFORMATION SYSTEMS, A DIVISION OF 3M CO.** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, on the 3rd day of August, 2006, this motion was served on all counsel of record who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

Mr. Ernest W. Boyd
Mr. Eric Adams
MEHAFFY WEBER
500 Dallas, Suite 1200
Houston, Texas 77002

/s/ Sam Baxter
Sam Baxter